

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: allison.reese@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (661) 448-4985 | Case No. 2:21-MJ-00715-NJK<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:23-cr-00143-RFB-BNW.

DATED: September 14, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF:

INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (661) 448-4985

Case No. 2:21-mj-00715-NJK

**ORDER**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 19th day of September, 2023.

_____
HONORABLE NANCY KOPPE
UNITED STATES MAGISTRATE JUDGE

2